**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 22 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOSE SALAZAR RODRIGUEZ, | No. 14-71740 |
| Petitioner, | Agency No. A077-184-128 |
| v. | |
| JEFFERSON B. SESSIONS III, Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted December 18, 2017**

Before: WALLACE, SILVERMAN, and BYBEE, Circuit Judges.

Jose Salazar Rodriguez, a native and citizen of Mexico, petitions for review

of the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's decision finding him removable. We have jurisdiction under

8 U.S.C. § 1252. We review for substantial evidence the agency's factual findings.

---

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

*Valadez-Munoz v. Holder*, 623 F.3d 1304, 1308 (9th Cir. 2010). We deny the petition for review.

Substantial evidence supports the agency's determination that Salazar Rodriguez is inadmissible under 8 U.S.C. § 1182(a)(6)(C)(ii) because he made a false claim of United States citizenship to gain entry to the United States. *See Valadez-Munoz*, 623 F.3d at 1308-09 (record did not compel reversal of agency's determination that petitioner made a false claim of citizenship where he presented border officials with a Texas birth certificate and a California driver license under a different identity in his attempt to enter the United States). Thus, we deny the petition for review.

**PETITION FOR REVIEW DENIED.**